1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DEREK R. OWENS (CABN 230237)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California  94102
       Telephone:  (415) 436-6488
7      Fax:  (415) 436-7234
       Email: Derek.Owens@usdoj.gov
8
   Attorneys for the United States of America
9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,        )   No. CR 09-0278 EMC
14                                  )
          Plaintiff,                )
15                                  )   STIPULATION AND [PROPOSED]
       v.                           )   ORDER CONTINUING SENTENCING
16                                  )   HEARING FROM JULY 1, 2009 TO
   ASTACIO MARTINEZ-AMAYA,          )   JULY 8, 2009
17                                  )
          Defendant.                )
18  _____)

19
        On March 25, 2009, the defendant, Astacio Martinez-Amaya, entered a guilty plea to the sole
20
21  count of the captioned Information.  A sentencing hearing is currently set for July 1, 2009 at 9:30

22  a.m.  Government counsel is required to be out of the district for a work related obligation that

23  same day.  Defense counsel and the U.S. Probation Officer have graciously agreed to continue

24  the sentencing hearing by one week.  Therefore, the parties hereby jointly and respectfully

25  //

26  //

27  //

28  //

STIP. AND ORDER
CR 09-0278 EMC

request that the sentencing hearing scheduled for July 1, 2009 be continued to July 8, 2009 at 9:30 a.m.

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 6/8/2009                            /s/ Derek Owens
_____

DEREK OWENS
Assistant United States Attorney

DATED: 6/8/2009                            /s/ Jodi Linker
_____

JODI LINKER
Attorney for Mr. Martinez-Amaya

    The sentencing hearing previously scheduled for July 1, 2009 is hereby vacated and continued to July 8, 2009 at 9:30 a.m. before the Honorable Edward M. Chen.

SO ORDERED.

DATED: 6/9/09
_____

THE HON. EDWARD M. CHEN
United States District Court Judge

IT IS SO ORDERED
Judge Edward M. Chen

STIP. AND ORDER
CR 09-0278 EMC                              2